Victor MATTISON, Appellant,

v.

GLASGOW REALTY, L.L.C.,
Respondent.

No. ED 83689.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 31, 2004.

Steven E. Rothenberg, St. Louis, MO, for appellant.

Newton G. McCoy and Corinne N. Darvish, St. Louis, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, and MARY K. HOFF, JJ.

## ORDER

PER CURIAM.

Victor Mattison appeals from the trial court's judgment denying his Petition in Equity to Set Aside Sheriff's Sale. We

---

have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not abuse its discretion in refusing to set aside the sheriff's sale. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).